FILED

09/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0596

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSEPH JOHN McNAMARA,

      Defendant and Appellant.

**ORDER**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 17, 2022, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2022